**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7170**

VERNON CHAPMAN,

        Petitioner - Appellant,

    v.

ACTING WARDEN DAVID RICH,

        Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:19-cv-00306)

Submitted:  January 17, 2023                Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vernon Chapman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Chapman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Chapman's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Chapman v. Rich*, No. 1:19-cv-00306 (S.D.W. Va. Sept. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*